**Form 206**[ODSM Fees Not Paid][IFP ONLY]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Aamie Keesha Weather Lindford

    Debtor(s).

Case No. 16–28444 JTM
Chapter 7

## ORDER OF DISMISSAL

The debtor(s) have failed to comply with the Court's Order Denying Waiver of Filing Fees which required the debtor(s) to either pay the filing fee in full or, within fourteen (14) days, file an Application to Pay Fees in Installments. Accordingly, it is hereby ORDERED that this case is dismissed. Outstanding filing fees are still due and owing to the Court.

Dated and Entered on: November 16, 2016

*/s/ J. T. Marker*

United States Bankruptcy Judge  ()

United States Bankruptcy Court
District of Utah

In re:                                                                Case No. 16-28444-JTM
Aamie Keesha Weather Lindford                                         Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: kjn              Page 1 of 1              Date Rcvd: Nov 16, 2016
                              Form ID: f206          Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db            +Aamie Keesha Weather Lorraine Lindford,    2677 Bryant Drive,    Magna, UT 84044-1378
10396820      +Exodus Healthcare Network,    3665 South 8400 West, Suite 110,    Magna, UT 84044-4907
10396821      +Granger Medical Clinic,    257 East 200 South, Suite 700,    Salt Lake City, UT 84111-2071
10396823      +Intermountain Healthcare,    36 South State Street, Suite 2200,    Salt Lake City, UT 84111-1470
10396824      +Knight Adjustment Bureau,    404 East 4500 South, Suite A35,    Murray, UT 84107-2712
10396825      +Maverik County Stores,    185 South State Street, Suite 800,    Salt Lake City, UT 84111-1549
10396826      +Midland Funding LLC,    3111 Camino Del Rio North Suite 103,    San Diego, CA 92108-5721
10396828      +Outsource Receivabables Management,    372 24th Street, Suite 300,    Ogden, UT 84401-1438
10396831      +US Department of Education,    61 Forsyth Street SW, Suite 19T40,    Atlanta, GA 30303-8919
10396830      +University of Utah Healthcare,    500 Chipeta Way,    Salt Lake City, Utah 84108-1221
10396832      +Workforce Services,    P.O. Box 143250,    Salt Lake City, UT 84114-3250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QERLOVERIDGE.COM Nov 17 2016 01:53:00      Elizabeth R. Loveridge tr,    Woodbury & Kesler,
               525 East 100 South,    Suite 300,    P.O. Box 3358,    Salt Lake City, UT 84110-3358
10396816      +E-mail/Text: e-bankruptcy@americafirst.com Nov 17 2016 01:58:05      American First Credit Union,
               1344 West 4675 South,    Riverdale, UT 84405-3690
10396817      +E-mail/Text: banko@bonncoll.com Nov 17 2016 01:58:08      Bonneville Collections,
               PO Box 150621,    Ogden, UT 84415-0621
10396818      +EDI: NAVIENTFKASMDOE.COM Nov 17 2016 01:53:00      Dept of Education/Navient,    PO Box 9635,
               Wilkes Barre, PA 18773-9635
10396819      +E-mail/Text: bankruptcy@expressrecovery.com Nov 17 2016 01:57:34      Express Recovery Services,
               2790 South Decker Lake Dr,    Salt Lake City, UT 84119-2057
10396822      +EDI: IIC9.COM Nov 17 2016 01:53:00      IC System Inc,    PO Box 64378,
               Saint Paul, MN 55164-0378
10396827      +E-mail/Text: bkclerk@north-american-recovery.com Nov 17 2016 01:57:48
               North American Recovery,    1600 West 2200 South, Suite 410,    West Valley, UT 84119-7240
10396829      +E-mail/Text: bknotice@primeautoloan.com Nov 17 2016 01:58:27      Prime Acceptance Corp,
               5097 South 900 East,    Murray, UT 84117-5768
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              Elizabeth R. Loveridge tr    eloveridge@wklawpc.com,
               rchristensen@wklawpc.com;eloveridge@ecf.epiqsystems.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 2
```