**Form 242**[Memo Re: Dism Case Fees Due]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Aamie Keesha Weather Lindford
        Debtor(s).

Case No. 16–28444 JTM
Chapter 7

## MEMORANDUM RE: FEES DUE

Pursuant to 28 U.S.C. § 1930(a) and (b), you are required to pay a fee as follows:

Clerk's Notice of Case Filing Fees Due. Amount Due: 335.00. (kjn)

The unpaid balance for the voluntary petition and/or any other outstanding fees is still due and owing for this dismissed case. The fees should be paid in full within fourteen (14) days from the date of this notice payable to the Clerk of Court for United States Bankruptcy Court for the District of Utah (no personal checks). If you are a registered e–filer with the court, this fee may be paid by using the event "Electronically Paid Fee" found in the "Debtor Events" or "Other" categories under the "Bankruptcy" menu. This will add the fee to "Internet Payments Due" category.

Dated: November 16, 2016

David A. Sime
Clerk of Court

File all documents and mail to:

Clerk, U.S. Bankruptcy Court
350 South Main #301
Salt Lake City, UT 84101

United States Bankruptcy Court
District of Utah

In re:
Aamie Keesha Weather Lindford
        Debtor

Case No. 16-28444-JTM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2        User: kjn              Page 1 of 1          Date Rcvd: Nov 16, 2016
                           Form ID: f242           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db            +Aamie Keesha Weather Lorraine Lindford,    2677 Bryant Drive,    Magna, UT 84044-1378

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
          Elizabeth R. Loveridge tr    eloveridge@wklawpc.com,
           rchristensen@wklawpc.com;eloveridge@ecf.epiqsystems.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                 TOTAL: 2