*FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2016 NOV 21 PM 12:44
DISTRICT OF UTAH*

Motion prepared and submitted by the following **UNREPRESENTED DEBTOR**

Name: Aamie Keesha Linford
Address: 2677 Bryant Drive
         Magna, UT 84044
Phone No.: 801 668 3054

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

In re:

Aamie Keesha Linford,

Debtor(s).

Bankruptcy No.: 16-28444

Chapter 7

Hon. Joel T. Marker
(Judge's Name)

## MOTION TO VACATE DISMISSAL

The Debtor(s) hereby move(s) the Court for an Order to Vacate Dismissal. The case was dismissed for:

☒ **Failure to Pay All or Part of the Filing Fee**
  1. The filing fee was not paid because I did not have the money to pay. I can pay the filing fee _____ ;

and,

☐ The filing fee has now been paid in full.

☐ An Application to Pay the Chapter 7 Filing Fee in Installments has been granted. $____ in installments has been paid as of the ___ day of _____, 20__. The balance of the filing fee will be paid in full by the ___ day of _____, 20__.

☐ The filing fee will be paid in full by the ___ day of _____, 20__.

☐ An Application to Have the Chapter 7 Filing Fee Waived was denied and we/I request that the Court reconsider the fee waiver application.

**AND/OR**

☐ **Failure to Appear at the First Meeting of Creditors**
  1. The meeting was missed because _____
_____
_____.

and;
2. We/I request that a new Meeting of Creditors be scheduled.

AND/OR

☐ **Failure to File Documents or Provide Documents to the Trustee**
  1. The documents were not timely filed/provided because _____
_____
_____.

and;
2. We/I request until the ___ day of _____, 20__ to file documents with the court and/or provide documents to the Trustee.

AND/OR

☐ **Other Reason**
(Explanation) _____
_____
_____.

☐ **Other Request(s)** _____
_____
_____.

Dated this 21 day of November, 2016.                    _____
                                                         Unrepresented Debtor

**NOTE:**
The movant must set a hearing date with the Court Scheduling Clerk (801-524-6627). A **Notice of Motion and Notice of Hearing** must be filed together with a **Certificate of Service** proving service on the Trustee and all creditors in the case. Please read Local Rule 9013-1(d) for further information. These forms are available on our website at www.utb.uscourts.gov by clicking "Debtor Resources" then "Motion and Notice Forms" or by clicking here.